IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:06-cv-114-DRH |
| | ) | |
| DENNIS K. LUTZ, Individually and as | ) | |
| Liquidation Agent, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER REGARDING DISCOVERY**

In the interest of reducing delay and expense, it is **ORDERED** that discovery disputes that

cannot be resolved through informal means pursuant to Federal Rule of Civil Procedure 37 shall be

handled in the following manner:

The party with the discovery dispute shall contact Robin Butler, Judge Wilkerson's courtroom

deputy, at 618-482-9376, to schedule a telephonic conference call with the Court and opposing

counsel.  If the dispute involves written discovery, the disputed portion(s) shall be faxed to the Court,

at 618-482-9277, prior to the telephonic conference.  The party with the discovery dispute shall be

responsible for initiating the conference call.  The Court's teleconference number is 618-482-9004.

Written motions to compel or legal memoranda will not be accepted unless specifically requested by

the Court.  Expense of the call will be borne by the non-prevailing party.  The parties are directed to

this court's webpage, http://www.ilsd.uscourts.gov/Judges/wilkersonpretrial.html,  for additional

information and specific procedures regarding discovery disputes.  **Consult this Court's webpage**

**BEFORE contacting chambers with questions**.

**DATED: October 30, 2006**

s/ Donald G. Wilkerson
**DONALD G. WILKERSON**
**United States Magistrate Judge**