IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| ESSEX INSURANCE COMPANY,            ) | |
| )| |
| Plaintiff,                                  ) | No.   3:06-cv-114-DRH-DGW |
| v.                                                ) | |
| )| |
| DENNIS K. LUTZ, *et al.*,                ) | |
| Defendants.                             ) | |

## **ORDER**

Pending before the Court is a Motion to Withdraw as counsel for Plaintiff from the law firm of Bryan Cave LLP and attorneys Lloyd A. Palans, Christopher J. Lawhorn, and Laura R. Giokas.  The Motion states that John P. O'Malley, Kate Reilly, and the law firm of Crisham & Kubes, Ltd. will continue as counsel for Plaintiff herein and Plaintiff consents to the Motion.  The Court **GRANTS** the Motion to Withdraw and the record shall reflect the same.

IT IS SO ORDERED.

November 7, 2007

/s/      DavidRHerndon

Chief Judge
United States District Court