# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: 3:06-cv-114-DRH |
| v. | ) | |
| | ) | |
| DENNIS K. LUTZ, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Now before the Court is Plaintiff's Motion for Leave to File a Corrected Exhibit to its Opposition to Defendants' Motion for Summary Judgment and Third-Party Defendants' Motion for Summary Judgment (Doc. 91). Said motion is **GRANTED.** The Court **ORDERS** Plaintiff to file the corrected Exhibit *instanter*.

March 3, 2008

/s/   David R Herndon

Chief Judge
United States District Court

000138-010659 283125.1