IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ESSEX INSURANCE COMPANY,**

**Plaintiff,**

**v.**

**DENNIS LUTZ, Individually and as Liquidation Agent, SAINT ELIZABETH MEDICAL CENTER, and SISTERS OF DIVINE PROVIDENCE, d/b/a SAINT ELIZABETH HEALTH SERVICES,**

**Defendants/Third Party Plaintiffs,**

**v.**

**JOHN RIFFLE, LAWRENCE PARRES and LEWIS, RICE & FINGERISH, L.C.,**  No. 06-CV-0114-DRH

**Third-Party Defendants.**

## ORDER

**HERNDON, Chief Judge:**

       Pending before the Court is Third-Party Defendants' motion to continue (Doc. 111). Specifically, the Third-Party Defendants move the Court to continue the presumptive trial month. For the reasons stated in the motion, the Court **GRANTS**

the motion. The Court **CONTINUES** the presumptive trial month to April 2009.

       **IT IS SO ORDERED.**

Signed this 4th day of September, 2008.

                       /s/      David R Herndon
                       **Chief Judge**
                       **United States District Court**