## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ESSEX INSURANCE COMPANY,** )<br>)<br>   **Plaintiff,** )<br>)<br>   VS. )<br>)<br>**DENNIS K. LUTZ, et al,** )<br>)<br>   **Defendants.** ) | **NO. 06-CV-114-DRH** |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on July 28, 2009, this case is **DISMISSED** with prejudice. Each party shall bear its own costs.

**JUSTINE FLANAGAN, ACTING CLERK**


BY:     /s/*Sandy Pannier*
         **Deputy Clerk**

Dated: September 29, 2009


APPROVED: /s/  *David R Herndon*
         CHIEF JUDGE
         U. S. DISTRICT COURT